# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CINDY PAPPERT, WILLIAM MARTIN, and CATHERINE FOSTER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CONAGRA BRANDS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 1:24-cv-04835 ) ) ) ) ) ) |

# JOINT MOTION FOR
# LEAVE TO FILE BRIEFS IN EXCESS OF THE PAGE LIMIT

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Carl Malmstrom
111 West Jackson, Suite 1700
Chicago, IL 60604
Phone: 312-984-0000
Email: malmstrom@whafh.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (General Bar)
867 Boylston Street, Fifth Floor, #1520
Boston, MA 02116
Phone: 617-377-7404
Email: joel@skclassactions.com

**SMITH KRIVOSHEY, PC**
Yeremey Krivoshey (pro hac vice forthcoming)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
Email: yeremey@skclassactions.com

*Attorneys for Plaintiffs*

Angela M. Spivey (*pro hac vice forthcoming*)
Andrew G. Phillips (*pro hac vice forthcoming*)
Troy A. Stram (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (telephone)
angela.spivey@alston.com
andrew.phillips@alston.com
troy.stram@alston.com

Tobin J. Taylor (Bar #6238227)
Andrew J. Roth (Bar #6279716)
Laura Lee Buecker (Bar #6326647)
**HEYL ROYSTER VOELKER & ALLEN, P.C.**
33 N. Dearborn Street, 7th Floor
Chicago, IL 60602
(312) 853-8700
ttaylor@heylroyster.com
aroth@heylroyster.com
lbuecker@heylroyster.com

*Attorneys for Conagra Brands, Inc.*

The parties respectfully move the Court for leave for Defendant to file a brief of up to 25 pages in length in support of its forthcoming Motion to Dismiss Plaintiffs' First Amended Class Action Complaint ("FAC"), and for Plaintiffs to file a brief of up to 25 pages in opposition to the Motion to Dismiss. For all the reasons stated below, the parties submit that filing an initial and opposing brief in excess of the page limit provided under Local Rule 7.1 is supported by good cause, given the breadth of issues that the Motion to Dismiss will address in response to Plaintiffs' putative nationwide class-action complaint.

### Argument

1. This is a putative class action asserting claims under California, New York, and Massachusetts statutory and common law, as well as the unjust enrichment laws of all 50 states. Plaintiffs seek to certify a nationwide unjust enrichment class and California, New York, and Massachusetts subclasses for their other causes of action.

2. On June 14, 2024, Plaintiffs filed the FAC consisting of more than 22 pages and 149 paragraphs of allegations. *See* FAC (Dkt. 6).

3. The FAC alleges nine separate causes of action, and Plaintiffs seek to certify a nationwide consumer class and three separate state-specific consumer classes to pursue various forms of relief.

4. Conagra intends to file a Motion to Dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), which will address all of Plaintiffs' causes of action and prayer for relief in this action.

5. Conagra's counsel has conferred with Plaintiffs' counsel, who indicated that Plaintiffs do not oppose this motion. Conagra also consented to Plaintiffs' request for a reciprocal additional 10 pages for Plaintiffs' Response in opposition to Conagra's Motion to Dismiss.

6. Conagra is mindful of Local Rule 7.1, which states that a brief in support of or in opposition to any motion may not exceed 15 pages in length without prior approval of the court.

7. Conagra respectfully suggests that, given the voluminous nature of the FAC and the number of causes of action alleged, combined with the fact that Plaintiffs seek to certify putative nationwide and state-specific sub-classes of consumers, a ten-page extension to the page limitations for its initial brief in support of its Motion to Dismiss is warranted here.

8. Conagra intends to move to dismiss each of Plaintiffs' causes of action on multiple different bases. The Court should have the benefit of sufficient briefing to consider these substantive issues. Therefore, to adequately address Conagra's bases for dismissal and explain the reasons why the FAC's causes of action and prayer for relief all fail as a matter of law, Conagra respectfully requests leave to file a brief in support of its Motion to Dismiss not to exceed 25 pages in length, exclusive of the caption, table of contents, table of authorities, and signature block.

9. The requested extension is commensurate with page extensions that the Northern District of Illinois has granted in similar cases. *See, e.g.*, *O2 Media, LLC v. Narrative Science Inc.*, No. 1:15-cv-05129, Dkt. 20 (N.D. Ill. Oct. 28, 2015) (granting extension for plaintiff to submit briefing not to exceed 25 pages in response on motion to dismiss) (Tharp, J.); *Crescent Plaza Hotel Owner, L.P. v. Zurich Am. Ins. Co.*, No. 1:20-cv-03463, Dkt. 17 (N.D. Ill. Sept. 9, 2020) (Gettleman, J.) (granting extension for the defendant to submit briefing not to exceed 25 pages on motion to dismiss); *Pierrelouis v. Gogo Inc.*, No. 1:18-cv-04473, Dkt. 62 (N.D. Ill. Jan. 17, 2019) (Alonso, J.) (granting extension for the parties to submit briefing not to exceed 30 pages on motion to dismiss).

10. Plaintiffs take no position on whether Defendant's request for additional pages is meritorious but ask that if the Court grants Defendant's request for an extension, that it also grant

3

Plaintiffs a reciprocal extension so that they may fully respond to Defendant's arguments.

WHEREFORE, the parties respectfully request that the Court grant leave under Local Rule 7.1 for Conagra to file an initial brief of 25 pages in support of its Motion to Dismiss the FAC, exclusive of the caption, table of contents, table of authorities, and signature block, and that it also grant leave to Plaintiffs to file a brief in opposition of equal length.

Respectfully submitted July 2, 2024.

| | |
|---|---|
| By: */s/ Joel D. Smith* | By: */s/ Tobin Taylor* |
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** <br> Carl Malmstrom <br> 111 West Jackson, Suite 1700 <br> Chicago, IL 60604 <br> Phone: 312-984-0000 <br> Email: malmstrom@whafh.com | Angela M. Spivey (*pro hac vice forthcoming*) <br> Andrew G. Phillips (*pro hac vice coming*) <br> Troy A. Stram (*pro hac vice forthcoming*) <br> **ALSTON & BIRD LLP** <br> 1201 W. Peachtree Street <br> Atlanta, Georgia 30309 <br> (404) 881-7000 (telephone) <br> angela.spivey@alston.com <br> andrew.phillips@alston.com <br> troy.stram@alston.com |
| **SMITH KRIVOSHEY, PC** <br> Joel D. Smith (General Bar) <br> 867 Boylston Street, Fifth Floor, #1520 <br> Boston, MA 02116 <br> Phone: 617-377-7404 <br> Email: joel@skclassactions.com | |
| **SMITH KRIVOSHEY, PC** <br> Yeremey Krivoshey (pro hac vice forthcoming) <br> 166 Geary Street, Ste. 1500-1507 <br> San Francisco, CA 94108 <br> Phone: 415-839-7000 <br> Email: yeremey@skclassactions.com | Tobin J. Taylor (Bar #6238227) <br> Andrew J. Roth (Bar #6279716) <br> Laura Lee Buecker (Bar #6326647) <br> **HEYL ROYSTER VOELKER & ALLEN, P.C.** <br> 33 N. Dearborn Street <br> 7th Floor <br> Chicago, IL 60602 <br> (312) 853-8700 <br> ttaylor@heylroyster.com <br> aroth@heylroyster.com <br> lbuecker@heylroyster.com |
| *Attorneys for Plaintiffs* | *Attorneys for Conagra Brands, Inc.* |

.

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on July 3, 2024, with the Court and served electronically through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

*/s/ Tobin Taylor*
Tobin J. Taylor
