# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CINDY PAPPERT, WILLIAM MARTIN, and CATHERINE FOSTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA BRANDS, INC.,<br><br>Defendant. | Case No. 1:24-cv-04835 |

## CONAGRA BRANDS, INC.'S MOTION TO DISMISS
## FIRST AMENDED CLASS ACTION COMPLAINT

| | |
|---|---|
| Tobin J. Taylor (Bar #6238227)<br>HEYL ROYSTER VOELKER & ALLEN, P.C.<br>33 N. Dearborn Street<br>7th Floor<br>Chicago, IL 60602<br>(312) 853-8700<br>ttaylor@heylroyster.com | Angela M. Spivey (*pro hac vice*)<br>Andrew G. Phillips (*pro hac vice*)<br>Troy A. Stram (*pro hac vice*)<br>ALSTON & BIRD LLP<br>1201 W. Peachtree Street<br>Atlanta, Georgia 30309<br>(404) 881-7000 (telephone)<br>(404) 881-7777 (facsimile)<br>angela.spivey@alston.com<br>andrew.phillips@alston.com<br>troy.stram@alston.com |

*Attorneys for Conagra Brands, Inc.*

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant Conagra Brands, Inc, by and through its attorneys, hereby moves to dismiss Plaintiffs' First Amended Class Action Complaint for Damages (Dkt. 6) with prejudice on the following grounds:

***First***, Plaintiffs' claims should be dismissed under Federal Rule 12(b)(1) because they lack Article III standing. *See, e.g.*, *Spokeo v. Robins*, 578 U.S. 330, 38 (2016); *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992). Specifically, Plaintiffs cannot: (a) establish concrete economic harm sufficient to confer Article III standing; or (b) otherwise establish that they have Article III standing to pursue claims on behalf of other states' putative class members or pursue injunctive relief when there is no risk of future injury. Plaintiffs do not specifically allege which of the subject products they purchased and therefore have no injury-in-fact sufficient to confer Article III standing. *See Bakopoulos v. Mars Petcare US, Inc.*, No. 20 CV 6841, 2021 WL 2915215, at *3 (N.D. Ill. July 12, 2021); *Weaver v. Champion Petfoods USA Inc.*, No. 20-2235, 2021 WL 2678801, at *5 (7th Cir. 2021).

***Second***, Plaintiffs' claims should be dismissed under Federal Rule 12(b)(6) because they fail to state a plausible claim for relief. Specifically, Plaintiffs' contention that the subject products' claim that they are made with "100% Whole Fish Fillets" deceptively misrepresents that the products are comprised only of "Whole Fish" and no other ingredients would not mislead reasonable consumers. Plaintiffs' claims regarding short weighting also fail because they include no plausible allegations that Conagra engaged in such conduct. Moreover, Plaintiffs' claims independently fail for additional reasons.

In support of this Motion, Conagra submits its accompanying Brief in Support in conjunction with the concurrently filed Motion for Judicial Notice (along with Exhibits A through D attached thereto).

WHEREFORE, Conagra respectfully requests that the Court dismiss the Plaintiffs' First Amended Complaint in its entirety, with prejudice, and grant Conagra any other relief as this Court deems just and proper.

DATED: August 23, 2024        */s/ Tobin J. Taylor*
                                           Tobin J. Taylor

                                           *Counsel for Defendant Conagra Brands, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was filed on August 23, 2024, with the Court and served electronically through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

                                                               */s/ Tobin J. Taylor*
                                                                Tobin J. Taylor