**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cindy Pappert, et al.

     Plaintiff,

v.             Case No.: 1:24–cv–04835
              Honorable John J. Tharp Jr.

Conagra Brands, Inc.

     Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

   Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Gabriel A. Fuentes for the purpose of holding proceedings related to: all further discovery scheduling and supervision as well as any settlement conference the parties may jointly seek. All protective orders and confidentiality orders are included within this referral. (ber, ) Mailed notice.

Dated: June 4, 2026

            /s/ John J. Tharp Jr.

            United States District Judge