| | |
|---|---|
| CINDY PAPPERT, WILLIAM MARTIN, and CATHERINE FOSTER, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br><br>    v.<br><br>CONAGRA BRANDS, INC.,<br><br>                 Defendant. | Case No. 1:24-cv-04835 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

On June 3, 2026, the parties submitted their original Joint Status Report with agreed-upon dates for case deadlines, which the Court later adopted. *See* ECF Nos. 43, 45. Regrettably, the proposed schedule had typos setting the deadlines for the opposition and reply briefs to class certification in 2027, when the correct dates should have been in 2028, and the dates in the corrected Joint Status Report were not entered. *See* ECF No. 44. The parties therefore jointly seek an order correcting the deadlines for those two events only, while leaving all other deadlines intact. The requested corrected dates are as follows:

| | |
|---|---|
| Opposition to class certification: | January 19, 2028 |
| Reply in support of class certification: | February 18, 2028 |

Respectfully submitted on June 26, 2026

By: /s/ Andrew G. Phillips

Angela M. Spivey (pro hac vice)
Andrew G. Phillips (pro hac vice)
Troy A. Stram (pro hac vice)
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (telephone)
angela.spivey@alston.com
andrew.phillips@alston.com
troy.stram@alston.com

Tobin J. Taylor (Bar #6238227)
Andrew J. Roth (Bar #6279716)
Laura Lee Buecker (Bar #6326647)
**HEYL ROYSTER VOELKER & ALLEN, P.C.**
33 N. Dearborn Street, 7th Floor
Chicago, IL 60602 (312) 853-8700
ttaylor@heylroyster.com
aroth@heylroyster.com
lbuecker@heylroyster.com

*Attorneys for Conagra Brands, Inc.*

By: */s/ Joel Smith*

**SMITH KRIVOSHEY, PLLC**
Joel D. Smith (General Bar)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

**SMITH KRIVOSHEY, PLLC**
Yeremey O. Krivoshey
(pro hac vice forthcoming)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Carl Malmstrom
111 West Jackson, Suite 1700
Chicago, IL 60604
Phone: 312-984-0000
E-Mail: malmstrom@whafh.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on June 26, 2026, with the Court and served electronically through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

/s/ Joel D. Smith