**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CINDY PAPPERT, WILLIAM MARTIN, and CATHERINE FOSTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA BRANDS, INC.,<br><br>Defendant. | Case No. 1:24-cv-04835 |

**JOINT STATUS REPORT**

The Court's June 5, 2026, Minute Entry ordered the parties to provide a further joint written status report concerning discovery progress and settlement status. *See* ECF No. 47. Plaintiffs served their first set of discovery requests on August 18, 2026, and pursuant to an agreed extension, responses are currently due October 17, 2026. The parties are currently engaged in settlement discussions. At this time, the parties do not anticipate requesting a settlement conference with the Court.

Respectfully submitted on September 29, 2026

By: /s/ Andrew G. Phillips

Angela M. Spivey (pro hac vice)
Andrew G. Phillips (pro hac vice)
Troy A. Stram (pro hac vice)
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (telephone)
angela.spivey@alston.com
andrew.phillips@alston.com
troy.stram@alston.com

Tobin J. Taylor (Bar #6238227)
Andrew J. Roth (Bar #6279716)
Laura Lee Buecker (Bar #6326647)
**HEYL ROYSTER VOELKER & ALLEN, P.C.**
33 N. Dearborn Street, 7th Floor
Chicago, IL 60602 (312) 853-8700
ttaylor@heylroyster.com
aroth@heylroyster.com
lbuecker@heylroyster.com

*Attorneys for Conagra Brands, Inc.*

By: */s/ Joel Smith*

**SMITH KRIVOSHEY, PLLC**
Joel D. Smith (General Bar)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

**SMITH KRIVOSHEY, PLLC**
Yeremey O. Krivoshey
(pro hac vice forthcoming)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Carl Malmstrom
111 West Jackson, Suite 1700
Chicago, IL 60604
Phone: 312-984-0000
E-Mail: malmstrom@whafh.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on September 29, 2026, with the Court and served electronically through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

/s/ Joel D. Smith