**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cindy Pappert, et al.

Plaintiff,

v.

Case No.: 1:24−cv−04835
Honorable John J. Tharp Jr.

Conagra Brands, Inc.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 29, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the status report (doc. #[55]), the discovery schedule as set by the district court (doc. #[45]) continues to stand, with fact discovery closing on 5/14/27. A further joint status report on discovery progress and settlement status is due at noon on 1/14/27. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.